IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TAMARA HANKINS**

    **Plaintiff,**

**v.**

**ALLIED INTERSTATE, INC.,**

    **Defendant.**　　　　　　　　　　　　　　**Case No. 09-cv-311-DRH**

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal, made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** to voluntarily dismiss, with prejudice, her suit against Defendant. Although Plaintiff moves for a voluntary dismissal without seeking a Court order, she is not allowed to do so pursuant to **Rule 41(a)(1)(A)(i)**, as Defendant has previously filed its Answer in this case (Doc. 8) and the Notice itself does not constitute a "stipulation of dismissal signed by all parties who have appeared" under **Rule 41(a)(1)(A)(ii)**.

    However, the Court notes that the matter has settled (Doc. 16), the Court thereafter issued its 60-day Order (Doc. 17). As such, the Court hereby **DISMISSES WITH PREJUDICE** plaintiff Tamara Hankin's claims in this case

against defendant Allied Interstate, Inc., pursuant to **Rule 41(a)(2)**, each Party to bear their own costs and fees.  The case file is to be closed and judgment entered accordingly.

       **IT IS SO ORDERED**.

Signed this 19th day of March, 2010.

                                  /s/   David R Herndon

                                  **Chief Judge**
                                  **United States District Court**