IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMARA HANKINS

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.                                 Case No. 09-cv-311-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's notice of voluntary dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 19, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:        **/s/*Sandy Pannier***
                                                              Deputy Clerk

Dated: March 19, 2010


APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT